IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MEKOS MOORE for and on behalf
of the Wrongful Death Beneficiaries
of ELNORA MOORE, Deceased, and
MEKOS MOORE as Administrator of
The Estate of Elnora Moore                                                      PLAINTIFFS

vs.                                                  CIVIL ACTION NO. 4:09CV26-TSL-LRA

HILLTOP MS HEALTHCARE, LLC,
HILLTOP MS HEALTHCARE, LLC D/B/A
HILLTOP MANOR NURSING CENTER AND
JOHN DOES 1-5                                                                   DEFENDANTS

---

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

---

THIS CAUSE having come before the Court this day on joint motion *ore tenus* of the plaintiff and the defendants for a dismissal with prejudice, and, it having been made known to the Court that the plaintiff and defendants have compromised and settled the claims made in the above-styled and numbered cause and that the plaintiff has received full accord and satisfaction for all of his claims against the defendants, the Court finds that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the above-styled and numbered cause be, and it is hereby dismissed with prejudice as to any and all claims against all defendants.

SO ORDERED AND ADJUDGED, this the 24th day of November, 2009.


                                                /s/Tom S. Lee
                                                SENIOR U.S. DISTRICT COURT JUDGE

AGREED TO:


s/Janessa Blackmon
JANESSA BLACKMON  (MSB #101544)
*Attorney for Plaintiff*


s/Lisa Williams McKay
LISA WILLIAMS McKAY. (MSB #9678)
*Attorney for Defendants*